UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALEJANDRO BENIQUE JR.,

            Plaintiff,

           -against-

COMMISSIONER OF SOCIAL SECURITY, et al.,

           Defendants.

-------------------------------------------------------------x

20-CV-3243 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

On September 25, 2020, the Court issued a scheduling order directing the parties to file their Joint Stipulation by January 11, 2021. (ECF 13 at 5). They have not done so, nor have they requested an extension. Accordingly, the parties are hereby directed to file their Joint Stipulation by **February 2, 2021**. Failure to do so may result in a recommendation that this case be dismissed for failure to prosecute.

       SO ORDERED.

                                                                      *s/ Ona T. Wang*

Dated: January 28, 2021                               **Ona T. Wang**
       New York, New York                   United States Magistrate Judge