**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEJANDRO BENIQUE, JR.,

                              Plaintiff,                        20 **CIVIL** 3243 (PAE)(OTW)

            -against-                            **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated September 27, 2021, Benique's motion for judgment on the pleadings is granted, the Commissioner's cross-motion for judgment on the pleadings is denied, and this case is remanded for further administrative proceedings.

**Dated:**  New York, New York
        September 27, 2021

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                          **BY:**        *K. Mango*
                                                       **Deputy Clerk**